**Opinion issued May 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00327-CV

————————————

### KENNETH COOPER MCAFEE, Appellant

### V.

### ROSEMARY FOLTYN, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATRIX FOR THE ESTATE OF JANET FOLTYN MCAFEE, DECEASED AND JAKE FOLTYN, INDIVIDUALLY, Appellees

---

### On Appeal from the Probate Court No. 1
### Harris County, Texas
### Trial Court Case No. 396935-401

---

### MEMORANDUM OPINION

On April 29, 2014, Appellant, Kenneth Cooper McAfee, filed a motion to voluntarily dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). A certificate of

conference was included indicating counsel for appellees is not opposed. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). As requested by appellant in his motion, costs of the appeal will be taxed against the appellant. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.